# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:24-CR-00048(1)-ADA |
| | § | |
| (1) OLGA LETICIA CHAVEZ OROZCO | § | |

## ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed November 5, 2024, wherein the defendant (1) OLGA LETICIA CHAVEZ OROZCO waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey C. Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) OLGA LETICIA CHAVEZ OROZCO to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) OLGA LETICIA CHAVEZ OROZCO's plea of guilty to Count One (1) is accepted.

    Signed this 19th day of November, 2024.

                                                           ALAN D ALBRIGHT
                                                           UNITED STATES DISTRICT JUDGE